IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES R. SANDERS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRANSIT AUTHORITY OF THE CITY OF OMAHA,<br><br>　　　　Defendant. | **8:16CV454**<br><br>**ORDER** |

　　　IT IS ORDERED that the motions to permit Ryan M. Kunhart and Jeffrey J. Blumel to withdraw as counsel of record for Defendant Transit Authority of the City of Omaha, (Filing Nos. 28 and 29), are granted.

　　　Dated this 29th day of August, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge