# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES SANDERS, | |
| Plaintiff, | 8:16-CV-454 |
| vs. | |
| THE TRANSIT AUTHORITY OF THE CITY OF OMAHA D/B/A METRO AREA TRANSIT, a Nebraska corporation, | JUDGMENT |
| Defendant. | |

Pursuant to the accompanying Memorandum and Order, judgment is entered for the defendant and against the plaintiff, and the plaintiff's complaint is dismissed with prejudice.

Dated this 21st day of February, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge